PROB12C (9/14)

# UNITED STATES DISTRICT COURT
### FOR THE
# WESTERN DISTRICT OF WISCONSIN
## SECOND SUPPLEMENTAL PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

**Name of Offender:**      Raymond Ryals                              **Case Number:** 06-cr-99-bbc-1
                                        Beloit, Wisconsin

**Name of Sentencing Judicial Officer:** Honorable John C. Shabaz
**Name of Presiding Judicial Officer:** Honorable Barbara B. Crabb

**Date of Original Sentence:** December 19, 2006
**Date of 1st Amended Sentence:** May 13, 2008
**Date of 2nd Amended Sentence:** May 10, 2011
**Date of 3rd Amended Sentence:** April 25, 2013
**Date of Revocation Sentence:** September 27, 2016

**Offense:** Distribution of Five or More Grams of Cocaine Base (Crack Cocaine), a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(B), a Class A felony

**Original Sentence:** 365 months' custody followed by an 8-year term of supervised release
**Amended Sentence:** 300 months' custody followed by an 8-year term of supervised release
**Amended Sentence:** 280 months' custody followed by an 8-year term of supervised release
**Amended Sentence:** 132 months' custody followed by a 6-year term of supervised release
**Revocation Sentence:** 12 months' and one-day custody followed by a 4-years term of supervised release

**Type of Supervision:** Supervised release         **Date Supervision Commenced:** March 24, 2017

**Assistant U.S. Attorney:** David Reinhard         **Defense Attorney:** William R. Jones

☒ To consider the updated information at Mr. Ryals's judicial review hearing scheduled for November 7, 2018.

The probation officer alleges that the offender has additional violations stemming from continued drug use:

**Violation**                          **Nature of Noncompliance**
Special Condition No. 15:      "Abstain from the use of alcohol and illegal drugs and from association with drug users and sellers and participate in substance abuse treatment. . ."

On September 16, 2018, Mr. Ryals submitted a urine specimen that tested positive for marijuana and benzodiazepine. He admitted to using marijuana two weeks prior to providing the urine specimen. On October 8, 2018, Mr. Ryals submitted a urine specimen that tested positive for marijuana, and he admitted to using marijuana two weeks prior. On October 26, 2018, Mr. Ryals submitted a urine specimen that tested positive for marijuana and opiates. The specimen was sent to Alere Toxicology Laboratory, Inc., for confirmation testing. On November 1, 2018, laboratory results confirmed Mr. Ryals' urine specimen was positive for marijuana, hydrocodone, hydromorphone, and oxymorphone.

**Adjustment to Supervision:** On October 4, 2018, Your Honor issued a warrant for Mr. Ryals' arrest based on alleged violations of his supervised release. On October 19, 2018, he was arrested on that warrant and made his initial appearance before the Honorable Judge Stephen L. Crocker. Mr. Ryals was released with conditions, including that he shall remain at his residence on home detention with the use of voice recognition technology. Additionally, Mr. Ryals was ordered to abide by the voice technology requirements implemented at the direction of the supervising probation officer. Mr. Ryals was also ordered to bear responsibility for the cost of technology, if any. Any exceptions to the detention period for religious services; medical, mental health, and substance abuse treatment; attorney visits; court appearances; and other activities were to be pre-approved by the supervising probation officer. Mr. Ryals has been compliant with the voice recognition technology while on release pending judicial review.

While reviewing Mr. Ryals' drug testing records it was discovered that additional positive tests for controlled substances were present. It is noted that, on November 2, 2018, Mr. Ryals provided a urine specimen that was negative for illicit substances. Mr. Ryals continues to provide random drug testing twice a month at Rock Valley Community Programs, Inc.

As previously alleged, Mr. Ryals communicated and spent time with James Reed, an individual who was wanted for armed robbery, obstructing an officer, and violating his probation. It is alleged that Mr. Ryals was aware of Mr. Reed's criminal activities and that he attempted to assist Mr. Reed in avoiding detection and arrest. Upon the Court's approval, the undersigned officer provided both defense attorney Jones and Assistant U.S. Attorney Reinhard with recordings of eight phone calls between Mr. Ryals and Mr. Reed that had been obtained by our office from the Sauk County Jail. These recordings provide a glimpse into Mr. Ryals' knowledge of Mr. Reed's criminal activities during their association.

**Probation Officer's Recommendation:** It is respectfully recommended that the additional information be considered at Mr. Ryals's judicial review hearing.

**Penalties:** The parties were provided with notice of the statutory and advisory guideline penalties for violations in this case, along with the recommended conditions of supervision, in the Petition for Warrant for Offender Under Supervision and the Supplemental Petition for Warrant for Offender Under Supervision, which were filed with the Court on October 4 and 29, 2018, respectively.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2018

/s/

Michael J. Nolan
Senior U.S. Probation Officer

THE COURT ORDERS:

☒ The additional noncompliance will be considered Mr. Ryals' judicial review hearing.
☐ Other:

/s/ Barbara B. Crabb

Honorable Barbara B. Crabb
U.S. District Judge

November 6, 2018